# Petty Offense Docket Sheet and Judgment Order
## For 11/12/2021 at 10:00 AM Hearing Site: MLAL District: ALABAMA SOUTHERN
## Magistrate Judge: HON BERT W MILLING JR 28RD

Date Oct 28, 2021

| Citation | Hrg Type | Defendant Information | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|---|
| SA30 9160035 FTA | O | PAGE, CALEB L<br>23901A COUNTY RD 38<br>SUMMERDALE, AL 36580<br>SSN:<br>Drivers License: #####94 AL | ATV TRESPASS ON BEACH<br>50CFR26.21(a)<br>Issued: 07/31/2021 by BARRETT<br>Original Amount: 530.00<br>Current Due: 530.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| PCSA 7600481 FTA | O | SHUMOCK, HOPE R<br>2313 HWY 84 EAST<br>MONROEVILLE, AL 36460<br>SSN: ###-##-0152<br>Drivers License: #####00 AL | CRIMINAL TRESPASS 3RD<br>AL13A-7-4<br>Issued: 08/28/2021 by BAMHILL<br>Original Amount: 280.00<br>Current Due: 280.00 | Current: -<br>New:<br>Narrative: | 30 | | | |

The processing fee as printed on the violation notice and issued to the defendant should apply to each case regardless of the date issued. Applicable processing fee printed above.

# Signature Page for:
# Petty Offense Docket Sheet and Judgment Order

| | |
|---:|:---|
| **District:** | ALABAMA SOUTHERN |
| **Magistrate Judge:** | HON BERT W MILLING JR |
| **Magistrate Code:** | 28RD |
| **Hearing Site:** | MLAL |
| **Date:** | 11/12/2021 |
| **Time:** | 10:00 AM |

**Tape Number(s)** _____

**Time in Court: Hours:** _____   **Minutes:** _____

**Presiding Judge:** _____   **Date:** _____

NOTE: The dispositions recorded on this docket along with the time on bench are used for MJSTAR reporting purposes. Only dispositions that indicate a defendant appeared in court while the judge was on the bench are counted for MJSTAR purposes. Generally, those dispositions begin with either a P or a T. Please contact the Central Violations Bureau at 800-827-2982 with any questions.